UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | Case No. 25-CR-114 (AHA) |
| v. | : | |
| | : | |
| ANTOWAN HAGANS | : | |

### GOVERNMENT'S MOTION TO DISMISS WITHOUT PREJUDICE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this Motion to Dismiss the Indictment in this case without prejudice. The Government will not be appealing the Court's July 31, 2025 ruling on suppression. ECF No. 32. The Government requests that the Court enter an order dismissing this matter without prejudice.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:  /s/ *Sarah Martin*
Sarah Martin
Assistant United States Attorney
D.C. Bar 1612989
601 D Street NW
Washington, D.C.
(202) 252-6775
Sarah.Martin@usdoj.gov

1