**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br> v.<br><br>ANTOWAN HAGANS,<br><br>    *Defendant*. | Criminal Action No. 25-00114 (AHA) |

**<u>Order</u>**

The government's motion to dismiss without prejudice is granted. ECF No. 39. "Although there is a strong presumption in favor of a dismissal without prejudice, 'the ultimate decision in that regard depends upon the purpose sought to be achieved by the government and its effect on the accused.'" *United States v. Pitts*, 331 F.R.D. 199, 203 (D.D.C. 2019) (citation omitted); *see also United States v. Ammidown*, 497 F.2d 615, 620 (D.C. Cir. 1973) (explaining that the purpose of the "leave of court" requirement in Federal Rule of Criminal Procedure 48(a) is "protecting a defendant from harassment, through a prosecutor's charging, dismissing without having placed a defendant in jeopardy, and commencing another prosecution at a different time or place deemed more favorable to the prosecution"). The Court does not find on this record that the government's motion is in bad faith or would otherwise warrant dismissal with prejudice. Accordingly, the motion to dismiss is granted and the indictment, ECF No. 15, is dismissed without prejudice.

            _____
            AMIR H. ALI
            United States District Judge

Date: September 4, 2025